facts, with costs, the counterclaim dismissed and judgment directed for the plaintiff in the sum of $3,004.86, with costs. Findings of fact numbered " IX,", " X," " XI," " XII," " XIII," " XVIII," " XIX," " XX," " XXI," " XXII,", " XXIII," and conclusions of law numbered " I," " II," " III,", " IV,", and " V ", reversed. New findings will be made in accordance with this decision. We are of opinion that the judgment is not supported by the evidence. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur. Settle order on notice.

MICHAEL P. KOSOLAPOV, Appellant, v. RUSSO-ASIATIC BANK, Respondent. (Appeal No. 1.)— Order denying motion to direct clerk to enter judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MICHAEL P. KOSOLAPOV, Appellant, v. RUSSO-ASIATIC BANK, Respondent. (Appeal No. 2.)— Order granting defendant's motion to adopt the pleadings and bill of particulars filed in the United States District Court and directing that, in so far as they relate to the third cause of action contained in the complaint herein, the certified copies thereof be considered as originals, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LAWYERS MORTGAGE COMPANY, Respondent, v. 176 CLARKSON AVE., INC., and Others, Defendants. In the Matter of the Application of NEW YORK WATER SERVICE CORPORATION, Appellant, for Leave to Shut off the Supply of Water at No. 176 Clarkson Avenue, Brooklyn, N. Y., for the Non-payment of the Water Bills; or, in the Alternative, for an Order Authorizing and Directing WILLIAM J. McCURDY, Respondent, as Receiver of the Rents, Issues and Profits Thereof, to Pay to Petitioner Its Water Bills of $303.50 with Interest and/or Penalty.— Order denying motion for leave to shut off water supply reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of Title Guarantee & Trust Co. v. 457 Schenectady Ave., Inc. (ante, p. 509), decided herewith. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

PHILIP LEVINE, Respondent, v. H. C. BOHACK Co., INC., Appellant.— Judgment unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SAUL LEVINE, an Infant under Fourteen Years of age, by PHILIP LEVINE, His GUARDIAN ad Litem, Respondent, v. MAX CEDARBAUM, Defendant, and H. C. BOHACK Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LINCHESTER HOLDING CORPORATION, Respondent, v. PARK LANE GARAGE & TAXI SERVICE, INC., Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

HARRY McDONNELL, Respondent, v. JOSEPH DEPALMA and LEWIS RUBIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CHARLES L. MECKENBERG, as Trustee in Bankruptcy of the Estate of SAM SCHEINBLUM BUILDING CORPORATION, Appellant, v. T. H. FRASER MORTGAGE CORPORATION and FAIRFIELD HOMES, INC., Respondents.— As to the West Third street property, judgment dismissing complaint reversed upon the law and the facts